## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**FRED DENIS,**
**Alien # A20-201-699,**

     **Petitioner,**

**vs.**                           **Case No. 4:06cv237-SPM/WCS**

**ALBERTO GONZALES, et al.,**

     **Respondents.**

_____/

### <u>REPORT AND RECOMMENDATION</u>

Petitioner submitted a § 2241 petition on May 17, 2006, in which he asserted that his continued detention in Respondent's custody was unlawful under <u>Zadvydas v. Davis</u>, 121 S.Ct. 2491.  Doc. 1.  Respondent has filed a motion to dismiss.  Doc. 9.  That motion asserts that this case is moot because Petitioner has been removed from the United States and deported to Haiti, his country of origin.  *Id.*  An attachment to the motion, doc. 9, demonstrates Petitioner left the United States on July 31, 2006. Since Petitioner has been removed, this petition is moot.  There is no longer any occasion for release from detention pending removal.

Accordingly, it is **RECOMMENDED** that the § 2241 petition be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on November 27, 2006.


 s/      William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


<u>**NOTICE TO THE PARTIES**</u>

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**