IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRED DENIS,
Alien # A20-201-699,
    Petitioner,

vs.                                         CASE NO. 4:06cv237-SPM/WCS

ALBERTO GONZALES, et al.,
    Respondents.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated November 27, 2006 (doc. 10). The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 10) is ADOPTED and incorporated by reference in this order.

2. The § 2241 petition is dismissed as moot.

DONE AND ORDERED this 4th day of January, 2007.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge